IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD STEPHEN TULLOS,
HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D15-5911

TAMMY TULLOS, WIFE,

      Appellee.

_____/

Opinion filed June 14, 2016.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Robert A. Sandow, Lake City, for Appellant.

Lisa A. Schlitzkus, Lake City, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., WOLF, and WETHERELL, JJ., CONCUR.